The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## JONES v. STATE.
### No. 13434.

Court of Criminal Appeals of Texas.
April 2, 1930.

M. E. Gates, of Huntsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful manufacture of intoxicating liquor; penalty, one year in the penitentiary.

We find neither bill of exception nor any statement of facts in the record. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.